In the Matter of KEITH A'GARD, Petitioner, v RENEE ALLYN WHITE et al., Respondents. [932 NYS2d 20]—

Concur—Mazzarelli, J.P., Moskowitz, Acosta and Degrasse, JJ.